Case 4:24-cv-03560   Document 19   Filed on 12/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Leonel Garcia,<br>    *Plaintiff*,<br><br>v.<br><br>Lightning Logistics LLC, et al.,<br>    *Defendants*. | §<br>§<br>§<br>§   Civil Action H-24-3560<br>§<br>§<br>§ |

## ORDER

On November 12, 2024, Magistrate Judge Peter Bray recommended that the court grant Plaintiff's Motion for Leave to Amend Plaintiff's Third Amended Complaint and that the case be remanded to state court. ECF No. 17. No objections were filed. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion and **REMANDS** this case[1] to the 165th Civil District Court of Harris County, Texas.

SIGNED at Houston, Texas on December 4, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] State Court Civil Action No. 2022-08115.